

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons
*Metropolitan Detention Center*

80 29th street
Brooklyn, New York 11232

April 12, 2025

To HONORABLE JUDGE WILLIAM F. KUNTZ

RE: Jones, Tajhai
Reg. No: 39159-510

This letter is to notify you of the above referenced inmates' character and work ethic. Mr. Jones, Tajhai worked as An orderly here at MDC Brooklyn in the Chaplain Department. During his tenure at MDC Brooklyn as a chaplain orderly, he is responsible for ensuring the floors, walls are cleaned and the table and chairs are set up for any services, groups, classes or programs. He works hard everyday to accomplish the Bureau of Prison's mission, working with minimal supervision. He cleans the common area of the chaplain ensuring the sanitation in those areas up to ACA standard ready. Lastly let it be noted that he completed two courses;
Making Time Count and Embracing Interfaith-First Step Act Program.

Should you have any questions or require additional information, please contact his Mentor Coordinator Johnson, at (718)840-5000.

Sincerely,

J. Johnson
Mentor Coordinator, MDC Brooklyn

DEFENDANT'S EXHIBIT
CASE NO. 23cr08-2
EXHIBIT NO. A



U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons
*Metropolitan Detention Center*

*80 29th street*
*Brooklyn, New York 11232*

April 12, 2025


To HONORABLE JUDGE WILLIAM F. KUNTZ

RE: Jones, Tajhai
Reg. No: 39159-510


This letter is to notify you of the above referenced inmates' character and work ethic. Mr. Jones, Tajhai worked as a Unit orderly here at MDC Brooklyn in unit K83. During his tenure at MDC Brooklyn as a foodservice orderly, he is responsible for ensuring all food trays are accounted for, clean and all inmates are fed in a timely fashion for breakfast, lunch, and diner. Afterwards, he's responsible for ensuring the kitchen is at its highest levels of sanitation ready for the next meal to be prepared and fed. He works hard everyday to accomplish the Bureau of Prison's mission, working with minimal supervision. He cleans the common area of the unit ensuring the sanitation in those areas up to ACA standard ready.

Should you have any questions or require additional information, please contact his Unit Manager, N. Bullock, at (718)840-5000, ext. 5879.


Sincerely,

N. Bullock
Unit Manager, MDC Brooklyn