

| BP-A0288 | **INCIDENT REPORT** |
|---|---|
| | Dept. of Justice / Federal Bureau of Prisons |

**Part I - Incident Report**

| 1. Institution: **BROOKLYN MDC** | | Incident Report Number: **4054697** | |
|---|---|---|---|
| 2. Inmate's Name **MINAYA, RAYMOND** | 3. Register Number **39131-510** | 4. Date of Incident **01-15-2025** | 5. Time **1800 hrs** |
| 6. Place of Incident **I02-628** | 7. Assignment **UNASSG** | 8. Unit **4 DETC M/W** | |
| 9. Incident **108 -- POSSESSING A HAZARDOUS TOOL. 305 -- POSSESSING UNAUTHORIZED ITEM.** | | 10. Prohibited Act Code(s) **108 305** | |

11. Description Of Incident
    (Date: **01-15-2025**   Time: **1800 hrs**   staff became aware of incident)

**On JANUARY 15, 2025, at approximately at 6:00pm, a search was conducted in Housing Unit I-61 on cell I02-628 assigned to Inmate MINAYA, RAYMOND, #39131-510 and Inmate Naresh Deonarain Reg. No. 08535-510. Throughout, the course of the search of I02-628 a Blue Apple iPhone IMEI: 351671394268505, and (1) white cellular phone charger were recovered from behind the inmate locker. Therefore, Inmate MINAYA, RAYMOND is in violation of code 108 Possessing a hazardous tool and violation of code 305 Possessing of unauthorized item. Page 38 of the Inmate Admission and Orientation Handbook states that it is an inmate's responsibility to keep their area free of contraband.**

| 12. Typed Name/Signature of Reporting Employee **C Ruiz** | 13. Date And Time **01-15-2025 2020 hrs** | |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) **S. Garcia** | 15. Date Report Delivered **01-16-2025** | 16. Time Report Delivered **1525 hrs** |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by P5270    Replaces BP-S288.052

| BP-A0288 | **INCIDENT REPORT** |
|---|---|
| | Dept. of Justice / Federal Bureau of Prisons |

| Inmate's Name<br>**MINAYA, RAYMOND** | Register Number<br>**39131-510** | Incident Report Number<br>**4054697** |
|---|---|---|

**Part II - Committee Action**

17. Comments of Inmate to Committee Regarding Above Incident
    **No statement**

18. A. It is the finding of the committee that you:
    - ☐ Committed the Prohibited Act as charged.
    - — Did not commit a Prohibited Act.
    - — Committed Prohibited Act Code(s)

    B. **X** The Committee is referring the Charge(s) to the DHO for further Hearing.

    C. **X** The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is based on Specific Evidence as Follows:
    **Based on the severity of the report the UDC is referring the report to the DHO for further hearing.**

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)
    **Loss of phone privileges.**

21. Date And Time Of Action **01-17-2025 1119 hrs**     (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

**D. Gonzale**
_____    _____    _____
Chairman (Typed Name/Signature)     Member (Typed Name)                Member (Typed Name)

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by P5270                                                         Replaces BP-S288.052

| BP-A0288 | **INCIDENT REPORT** | |
|---|---|---|
| Dept. of Justice / Federal Bureau of Prisons | | |
| Inmate's Name<br>**MINAYA, RAYMOND** | Register Number<br>**39131-510** | Incident Report Number<br>**4054697** |
| **Part III - Investigation** | 22. Date & Time Investigation Began<br>**01-16-2025 1525 hrs** | |

23. Inmate Advised of Right To Remain Silent: You are advised of your right to remain silent at all stages of the discipline process. Your silence may be used to draw an adverse inference against you at any stage of the discipline process. Your silence may not be used to support a finding that you have committed a prohibited act.

   The Inmate Was Advised Of The Above Right By   **S. Garcia**

   At (Date/time)  **01-16-2025 1525 hrs**

24. Inmate statement and attitude

   **Inmate Minaya # 39131-510 displayed a fair attitude. Inmate Minaya # 39131-510 stated, No comment**

25. Other facts about the incident, statements of those persons present at scene, disposition of evidence, etc.

   **Incident Report -- (BP-A288)**
   **Incident Report - Photographs -- (BOP-IRPHO)**
   **All evidence has been uploaded**

26. Investigator's comments and conclusions

   **Based on the information provided in the body of this report, section 11 does contain enough evidence to support the charge. Inmate Minaya # 39131-510 has been appropriately charged with the violation of**
   **108 -- POSSESSING A HAZARDOUS TOOL. 305 -- POSSESSING UNAUTHORIZED ITEM.**

27. Action taken

   **Incident Report referred to UDC. Investigation/evidence supports charges. Inmate remains in General Population.**

   Date and Time Investigation Completed:  **01-16-2025 1540 hrs**

   Printed Name/Signature Of Investigator:  **S. Lewin**

   Investigator Title:  **LT**