# EXHIBIT A

Your Honor,

I've had a great deal of time to reflect upon my life before appearing in front of you today. As I endured the inhumane conditions of MDC Brooklyn, I found myself closely examining how I've approached survival, in general, through the years. Life is tough for everyone, and sheer survival can encourage us to resort to shortcuts and make poor judgements, in an effort to succeed. I did precisely that, I regret those poor decisions, and I am remorseful for the damaging consequences to everyone affected, including myself. In confronting all of this, I have come to realize that I am far better than I have presented in the context of this case. I am a strong, caring and determined individual, fully capable of enduring the challenging, but honorable path to success. Now, I only ask for your compassion to allow me to re-engage back into society as quickly as possible. I am eager to prove myself to those I have failed, and become the man I know I want and deserve to be. For that opportunity, I will be forever grateful, Your Honor.

Thank you.